Attorney(s)

Index # **15-CV-05081-SJF-AKT**

Purchased/Filed: September 15, 2015

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York     U. S. District Court     Eastern Dist. County

Marco Antonio Sanchez Juarez et al     Plaintiff

against

156-40 Grill LLC dba Taverna Greek Gill et al     Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY           )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: __55 Yrs.__

Weight: __120 Lbs.__ Height: __5'__ Sex: __Female__ Color of skin: __White__

Hair color: __Brown__ Other: _____

__Sean Warner__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __November 5, 2015__, at __10:45 AM__, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served
Summons in a Civil Action & Complaint

on

**156-40 Grill LLC dba Taverna Greek Gill**,

the Defendant in this action, by delivering to and leaving with __Sue Zouky__ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __LIMITED LIABILITY COMPANY LAW §303__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

__5th__ day of __November 2015__

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Sean Warner

Invoice·Work Order # **1521332**
Attorney File # **Sanchez Juarez**

State of New York - Department of State
Receipt for Service

Receipt #: 201511130005  
Date of Service: 11/05/2015  
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02  

Cash #: 201511130005  
Fee Paid: $40 - CHECK  

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: 156-40 GRILL LLC

Plaintiff/Petitioner:
SANCHEZ JUAREZ, MARCO ANTONIO

Service of Process Address:  
156-40 GRILL LLC  
156-40 CROSSBAY BLVD  
HOWARD BEACH, NY 11414

Secretary of State  
By NANCY DOUGHERTY