# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JIT SHI GOH, on behalf of himself and others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**COCO ASIAN CUISINE, INC., et al.,**<br><br>Defendants. | Civ. No. 15-6310 (KM)(MAH)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on this Court's May 24, 2017 Order to Show Cause why Defendants' claims against the Plaintiff should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 (DE 59); and this Court's June 19, 2017 Order extending the deadline for Defendants to respond to the Order to Show Cause (DE 62); and Defendants failure to file a response to the Order to Show Cause or otherwise contact the Court; and the December 8, 2017 letter brief and corresponding exhibits from Plaintiff regarding the Order to Show Cause (DE 64); and Magistrate Judge Michael A. Hammer having filed a Report and Recommendation ("R&R") dated July 23, 2018 recommending entry of default in favor of Plaintiffs, the dismissal of Defendants' counterclaims, and that Defendants' Answer be stricken (DE 65); and this Court having conducted an independent review of the record in this case; and it appearing that the 14-day deadline has passed with no party having filed an objection to the R&R;

**IT IS** this 21st day of February 2019,

**ORDERED** that this Court adopts and affirms Magistrate Judge Hammer's R&R (DE 65) in its entirety; and

**ORDERED** that default be entered in Plaintiff's favor; and

**ORDERED** that Defendants' counterclaims are dismissed without prejudice; and

**IT IS FURTHER ORDERED** that Defendants' Answer is stricken pursuant to Federal Rule of Civil Procedure 41(b).

_____
**Kevin McNulty**
**United States District Judge**