# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIT SHI GOH,<br><br>                            **Plaintiff,**<br><br>v.<br><br>COCO ASIAN CUISINE, INC. and<br>FATT SENG LIM,<br><br>                          **Defendants.** | Civ. No. 15-6310 (KM) (MAH)<br><br>**ORDER** |

**IT APPEARING** that on July 23, 2019, default judgment was entered against the defendants, Coco Asian Cuisine, Inc. and Fatt Seng Lim, in the amount of $116, 299.53 (DE 78);

**AND IT FURTHER APPEARING** that on June 11, 2019, Plaintiff filed an unopposed motion for attorney's fees, which the Court referred to Magistrate Judge Michael A. Hammer (DE 75);

**AND IT FURTHER APPEARING** that on September 27, 2019, Magistrate Judge Hammer filed a Report and Recommendation that attorney's fees be awarded in the amount of 63,697.28 (DE 79);

**AND IT FURTHER APPEARING** that Judge Hammer carefully reviewed the standards for an award of attorney's fees under the FLSA, 29 U.S.C. § 216(b), and the New Jersey Wage and Hour Law, N.J. Stat. Ann. § 34:11-56a25;

**AND IT FURTHER APPEARING** that Magistrate Judge Hammer carefully and conscientiously reviewed the lodestar amount, prevailing hourly rates, the qualifications of the attorneys involved, the records of time expended on the matter, and the costs incurred, and reviewed them for reasonableness;

**AND IT FURTHER APPEARING** that no objection, timely or otherwise, to the Report and Recommendation has been received, *see* D.N.J. Loc. Civ. R. 72.1(c);

**AND THE COURT** finding itself in agreement with the reasoning of Judge Hammer;

**IT IS** this 17th day of October, 2016,

**ORDERED** that the motion for an award of attorney's fees and costs (DE 75) is **GRANTED**; and it is further

**ORDERED** that the Report and Recommendation (DE 79) is **AFFIRMED AND ADOPTED** in full; and it is further

**ORDERED** that attorney's fees and costs are awarded to Plaintiff in the amount of **$63,697.28**.

The clerk shall close the file.

_____
HON. KEVIN MCNULTY, U.S.D.J.